United States District Court
Southern District of Texas
**ENTERED**
July 06, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| WENDY J. GREEN, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 3:15-CV-241 |
| | § | |
| WELLS FARGO HOME MORTGAGE, *et al*, | § | |
| | § | |
| | § | |
| Defendants. | § | |

### ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION AND DISMISSING CASE

Pending before the Court is the Report and Recommendation of United States Magistrate Judge John Froeschner.  On June 1, 2016, this case was referred to Judge Froeschner pursuant to 28 U.S.C. § 636(b)(1)(B).  Pending before Judge Froeschner was the Motion to Dismiss filed by Defendant Wells Fargo Home Mortgage (Dkt. 9).

On June 7, 2016, Judge Froeschner filed a Report and Recommendation recommending that the Defendant's motion to dismiss be granted. (Dkt. 15).

No objections have been filed to the Report and Recommendation.  Accordingly, the Court reviews the Report and Recommendation for plain error on the face of the record.  28 U.S.C. § 636(b)(1); *see also* FED. R. CIV. P. 72(b)(3).

Based on the pleadings, the record and the applicable law, the Court finds that there is no plain error apparent from the face of the record.  Accordingly, it is hereby **ORDERED AND ADJUDGED** that:

(1)    Judge Froeschner's Report and Recommendation is **APPROVED AND ADOPTED** in its entirety as the holding of the Court;

(2)    The Defendant's Motion to Dismiss is **GRANTED**; and

(3)    The case is **DISMISSED, with prejudice**.

It is so **ORDERED**.

SIGNED at Galveston, Texas, this 6th day of July, 2016.

George C. Hanks Jr.
United States District Judge